**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5363

May 18, 2012

United States District Court
Southern District of West Virginia
Robert C. Byrd United States Courthouse
Charleston Division
300 Virginia Street
East, Suite 2400
Charleston, WV 25301

RE: CV 12-01577 HRL  TRUDY ALLGOOD-v-AMERICAN MEDICAL SYSTEMS
(Conditional Transfer Order (CTO-26) MDL #2325

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒ Certified copy of docket entries.

☒ Certified copy of Transferral Order.

☐ Original case file documents.

☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Betty Walton
Case Systems Administrator

Enclosures
Copies to counsel of record

**Amy Eskin**
Hersh & Hersh
601 Van Ness Avenue
Suite 2080
San Francisco, CA 94102-6396
415-441-5544
Email: aeskin@hershlaw.com

May 18, 2012

---

**These instructions are for internal court use only.**

---

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.